NO. 07-07-0015-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 29, 2007
_____

CHRISTOPHER ZEISS, APPELLANT

V.

CITIBANK (SOUTH DAKOTA) N.A., APPELLEE
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597553; HONORABLE PAULA LANEHART, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**


Appellant, Christopher Zeiss, perfected an appeal from the trial court's order granting Citibank's Motion for Summary Judgment. The parties have filed a Joint Motion to Dismiss Appeal asserting that the parties have reached a settlement agreement. The joint motion requests that this court vacate the trial court's judgment without regard to the merits and dismiss the appeal. This disposition is authorized by rules 42.1(a)(2)(A) and 43.2(e) of the Texas Rules of Appellate Procedure. Finding the motion complies with the requirements of rules 6.6 and 42.1(a), we vacate the judgment of the trial court and dismiss the appeal in conformity with the parties' agreement.

Having disposed of this appeal at the parties' request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.

Per Curiam